584

372 A.2d 412

Brown v. Brown, Appellant.

Argued December 8, 1976.   Catherine Gallagher Barone, for appellant;   Peter S. Kretzu, for appellee.

OPINION PER CURIAM: Decree affirmed.   Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

372 A.2d 413

Capobianco v. Capobianco, Appellant.

Argued December 10, 1976.   Robert M. Knauer, with him Robert C. McFadden, for appellant;   Donald F. Spry, II, and Turtzo, Spry, Powlette & Sbrocchi submitted a brief for appellee.

Order affirmed.